■ JULIE A. CHIRICO, Individually and as Administratrix of the Estate of JOSEPH S. CHIRICO, Deceased, Appellant, v DANIEL BERES, SR., et al., Defendants, and BRIAN P. THEAKSTON, as Representative Underwriter for Certain Underwriters at Lloyds of London, Respondent.—Order and judgment unanimously affirmed without costs for reasons stated in decision at Supreme Court, Rath, J. (Appeal from order and judgment of Supreme Court, Erie County, Rath, J.—declaratory judgment.) Present—Callahan, J. P., Doerr, Denman, Balio and Lawton, JJ.